**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

July 27, 2022

<u>Via ECF</u>

Judge Jesse M. Furman
United States District Court, Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

  Re: Adams v. 122 East 7th Street Associates, LLC et al.;
    <u>Case No. 1:22-cv-01883-JMF</u>

Your Honor:

  We represent defendant 122 East 7th Street Associates LLC[1] ("122 East 7th Street") in the above-referenced action. We write jointly with counsel for defendant Warlord Enterprises LLC ("Warlord," and together with 122 East 7th Street, "Defendants") to request an extension of time for both Defendants to answer, move, or otherwise respond to Plaintiff Joshua Adams' ("Plaintiff") Complaint from August 1, 2022 through and including October 3, 2022. We request the extension because the parties are currently amicably negotiating settlement. Counsel for Plaintiff, Maria-Costanza Barducci, Esq., has consented to this joint request. This is 122 East 7th Street's third request in this matter to extend this deadline, and Warlord's second. Accordingly, Defendants respectfully request that the Court grant their joint request for an extension.

  Additionally, Defendants respectfully request that the Court adjourn to a date after October 3, 2022 the Initial Pretrial Conference, currently scheduled for August 29, 2022, and the deadline for the parties to participate in mediation, currently August 15, 2022 (two weeks prior to the Initial Pretrial Conference). Ms. Barducci has also consented to this request.

  We thank the Court for its time and attention to this matter.

Application GRANTED. The initial pretrial conference is adjourned to **October 12, 2022,** at **3:30 p.m.** Further extensions of the answer deadline are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

*[signature]*

July 27, 2022

Respectfully submitted,

/s/ Lisia Leon

Lisia Leon

PADUANO & WEINTRAUB LLP

Judge Jesse M. Furman
July 27, 2022
Page 2

cc:    All Counsel (via ECF and electronic mail)